# In the United States Court of Federal Claims

No. 16-1571C
(Filed: January 5, 2017)

```
*************************************
                                    *
FRANK PENNA, et al.,                *
                                    *
              Plaintiff,            *
                                    *
       v.                           *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

## ORDER

The Court hereby **DISMISSES** the above caption matter as the case is a duplicate case. The Court **WAIVES** the $400.00 filing fee. The Court further **DIRECTS** Plaintiffs' counsel to pay the $53.00 handling fee for the returned check no later than January 19, 2017.

**IT IS SO ORDERED.**

s/Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge